# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

TRAVIS M. GLENN,

        Plaintiff,

  v.

KIRKLAND POLICE DEPARTMENT,

        Defendant.

Case No. C22-1485-JHC

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk is directed to send copies of this order to Plaintiff and to the assigned District Judge.

Dated this 21st day of October, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge