UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRKLAND POLICE DEPARTMENT,<br><br>        Defendant. | CASE NO. 2:22-cv-01485-JHC<br><br>ORDER |

      This matter comes before the Court sua sponte. Plaintiff Travis Glenn filed his complaint on October 21, 2022, Dkt. # 4, but he has yet to serve Defendant Kirkland Police Department. On January 31, 2023, this Court ordered Plaintiff to show cause within ten days why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Dkt. # 6. The Court cautioned Plaintiff that if he did not show good cause for the failure, the Court would dismiss the action without prejudice. *Id.*

      Rule 4(m) requires plaintiffs to serve defendants with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4(m). Rule 4(m) provides a 90-day timeframe in which service must be completed:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action

ORDER - 1

without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id.* Plaintiff failed to serve Defendant with a summons and a copy of the complaint within Rule 4(m)'s timeframe. More than ten days have passed since the Court's order, and Plaintiff has not shown good cause for failing to serve Defendant. Thus, the Court DISMISSES this action without prejudice.

Dated this 15th day of February, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2